UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO DEL VALLE,<br><br>Plaintiff,<br><br>v.<br><br>K.J. ALLEN, et al.,<br><br>Defendants. | Case No. 18-cv-05661-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing an action for writ of habeas corpus after he exhausts state court remedies.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 12, 2019

_____
SUSAN ILLSTON
United States District Judge